United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-19256-amc
Martha Fisher                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: May 04, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2017.
db             +Martha Fisher,    540 Gates Street,    Philadelphia, PA 19128-2509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2017 at the address(es) listed below:
          ANDREW   SPIVACK    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          CHRISOVALANTE   FLIAKOS    on behalf of Creditor    CITIMORTGAGE INC paeb@fedphe.com
          JENIECE D. DAVIS    on behalf of Creditor    The Pennsylvania State Employees Credit Union
           Jeniece@MVRLAW.COM,   bonnie@mvrlaw.com
          JEROME B. BLANK    on behalf of Cred. Comm. Chair    CitiMortgage, Inc. paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    CITIMORTGAGE INC paeb@fedphe.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          STEPHEN MATTHEW DUNNE    on behalf of Debtor Martha  Fisher bestcasestephen@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Martha Fisher | | CHAPTER 13 |
|---|---|---|
| | Debtor | |
| Ditech Financial LLC | | |
| | Movant | |
| vs. | | NO. 14-19256-AMC |
| Martha Fisher | | |
| | Debtor | |
| William C. Miller | | 11 U.S.C. Section 362 |
| | Trustee | |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by Movant on Debtor's residence is $11,044.73, which breaks down as follows:

| | |
|---|---|
| Post-Petition Payments: | October 1, 2016 through December 1, 2017 at $1,584.76 per month |
| | January 1, 2017 through April 1, 2017 at $1,600.57 per month |
| Suspense Balance: | $111.83 |
| **Total Post-Petition Arrears** | **$11,044.73** |

2. To resolve this motion for relief, Debtor agrees to cure the aforesaid post-petition arrearages while maintaining regular mortgage payments in the following manner:

a). Within seven (7) days of the filing of this Stipulation, Debtor will pay Movant a down payment of $1,000.00 toward the arrearage;

b). Debtor shall resume making regular post-petition contractual monthly mortgage payments beginning with the payment due May 1, 2017 in the amount of $1,600.57, and shall maintain contractual monthly mortgage payments to Movant thereafter;

c). Beginning June 1, 2017 and continuing through February 1, 2018, until the arrearages are cured, Debtor shall pay both the regular monthly mortgage payment of **$1,600.57** (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$1,116.08** towards the arrearages on or before the last day of each month at the address below;

    d).    All payments shall be made to the following address:

**Ditech Financial, LLC**
P.O. Box 0049
Palatine, FL 60055-0049

3. Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

5. The stay of Bankruptcy Rule 4001(a)(3) is waived with respect to any Court order approving of this stipulation and/or ordering the parties to uphold the terms agreed upon herein.

6. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the court and the court shall enter an order granting Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: April 14, 2017

By: /s/ Matteo S. Weiner, Esquire
Matteo S. Weiner, Esquire
KML Law Group, P.C.
Attorneys for Movant/Applicant

Date: 5-2-207

Martha Fisher
Debtor

Date: 5-2-17

William C. Miller  JACK MILLER
Chapter 13 Trustee

Approved by the Court this 4th day of May, 2017. However, the court retains discretion regarding entry of any further order.

United States Bankruptcy Judge
Ashely M. Chan