United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Martha Fisher  
    Debtor

Case No. 14-19256-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Jul 27, 2017  
                          Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2017.  
13732315       DITECH FINANCIAL LLC,   PO BOX 44265,   JACKSONVILLE, FL 32231-4265

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2017 at the address(es) listed below:

       ANDREW SPIVACK   on behalf of Creditor   DITECH FINANCIAL LLC paeb@fedphe.com  
       BRIAN CRAIG NICHOLAS   on behalf of Creditor   Ditech Financial LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
       CHRISOVALANTE FLIAKOS   on behalf of Creditor   CITIMORTGAGE INC paeb@fedphe.com  
       JENIECE D. DAVIS   on behalf of Creditor   The Pennsylvania State Employees Credit Union Jeniece@MVRLAW.COM, bonnie@mvrlaw.com  
       JEROME B. BLANK   on behalf of Cred. Comm. Chair   CitiMortgage, Inc. paeb@fedphe.com  
       JOSEPH ANGEO DESSOYE   on behalf of Creditor   CITIMORTGAGE INC paeb@fedphe.com  
       MATTEO SAMUEL WEINER   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com  
       STEPHEN MATTHEW DUNNE   on behalf of Debtor Martha Fisher bestcasestephen@gmail.com  
       United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                   TOTAL: 10

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-19256-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Martha Fisher
540 Gates Street
Philadelphia PA 19128

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/26/2017.

Name and Address of Alleged Transferor(s):

Claim No. 11: DITECH FINANCIAL LLC, PO BOX 44265, JACKSONVILLE, FL 32231-4265

Name and Address of Transferee:

New Penn Financial, LLC
d/b/a Shellpoint Mortgage Servicing
P.O. Box 10675
Greenville, SC 29603-0675

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/29/17

Tim McGrath
**CLERK OF THE COURT**