```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                              Case No. 14-19256-amc
Martha Fisher                                                       Chapter 13
         Debtor                     CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett              Page 1 of 3              Date Rcvd: Jan 16, 2020
                               Form ID: 138NEW              Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
db             +Martha Fisher,    540 Gates Street,    Philadelphia, PA 19128-2509
cr             +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr              ECMC,   PO BOX 16408,    SAINT PAUL, MN 55116-0408
cr              New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,
                 Greenville, SC  29603-0826
cr              New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC  29603-0675
13452003       +100 Cambridge Street,    Suite 1600,    Boston, MA 02114-2518
13428260      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: American Honda Finance,     201 Little Falls Dr,
                 Wilmington, DE 19808)
13428256       +Abn Amro Mortgage Grou,    Po Box 6243,    Sioux Falls, SD 57117-6243
13428257        Acs/goal Financial,    C/o Acs,    Utica, NY 13501
13428258       +Aes/goal Financial,    Po Box 61047,    Harrisburg, PA 17106-1047
13428329      ++CITIBANK,   PO BOX 6043,    SIOUX FALLS SD 57117-6043
               (address filed with court: Sunoco/citi,     Attention: Bankruptcy,    7920 Nw 110th St.,
                 Kansas City, MO 64153)
13428270      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
                 Kansas City, MO 64195)
13484200        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13428263       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13428266       +Chase - Toys R Us,    Chase Card Svcs/Attn:Bankruptcy Dept,    Po Box 15298,
                 Wilmington, DE 19850-5298
13428267       +Chase - Toys R Us,    Po Box 15298,    Wilmington, DE 19850-5298
13428268       +Chase-pier1,   Chase Card Svcs/Attn:Bankruptcy Dept,    Po Box 15298,
                 Wilmington, DE 19850-5298
13428269       +Chase-pier1,   Po Box 15298,    Wilmington, DE 19850-5298
13470569        CitiMortgage, Inc.,    P.O. Box 6030,    Sioux Falls, SD 57117-6030
13428273       +CitiMortgage, Inc.,    PO BOX 183040,    Columbus, OH 43218-3040
13428271       +Citibank Sd, Na,    Po Box 6241,    Sioux Falls, SD 57117-6241
13428272       +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
13732315        DITECH FINANCIAL LLC,    PO BOX 44265,    JACKSONVILLE, FL 32231-4265
13542753       +Dunne Law Offices, P.C.,    1515 Market Street, Suite 1200,    Philadelphia, PA 19102-1932
13821530        ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
13428281        Lawslfc Phea,    Student Loan Fund,    Cincinnati, OH 45202
13428283       +Nationwide Credit Inc,    2002 Summit Blvd Ste 600,    Atlanta, GA 30319-1559
13957621        New Penn Financial, LLC,    d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10675,
                 Greenville, SC 29603-0675
13428317       +P S E C U,   P.o. Box 1006,    Harrisburg, PA 17108-1006
13428328       +Sears/cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
13428331       +Sunoco/citi,   Po Box 6497,    Sioux Falls, SD 57117-6497
13443865       +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13428337       +Talbots,   1 Talbots Dr,,    Hingham, MA 02043-1583
13428339       +Target N.b.,   Po Box 673,    Minneapolis, MN 55440-0673
13428340       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13479257        eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jan 17 2020 03:44:41     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 17 2020 03:43:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 17 2020 03:44:34    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:47:03     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13428259        E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 17 2020 03:44:25     American Honda Finance,
                 Po Box 168088,    Irving, TX 75016
13428262        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 17 2020 03:58:21      Capital 1 Bank,
                 Po Box 85520,    Richmond, VA 23285
13428261       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 17 2020 03:47:36      Capital 1 Bank,
                 Attn: General Correspondence,    Po Box  30285,    Salt Lake City, UT 84130-0285
13428274        E-mail/Text: cio.bncmail@irs.gov Jan 17 2020 03:43:33     Department of Treasury,
                 Internal Revenue Service,    P O Box 7346,    Phila., PA 19101-7346
13431079        E-mail/Text: mrdiscen@discover.com Jan 17 2020 03:43:26     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13428275       +E-mail/Text: mrdiscen@discover.com Jan 17 2020 03:43:26     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
```

```
District/off: 0313-2          User: Antoinett            Page 2 of 3                   Date Rcvd: Jan 16, 2020
                              Form ID: 138NEW            Total Noticed: 59

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13428277       +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:47:03      GECRB/Amazon,    Po Box 965015,
                 Orlando, FL 32896-5015
13428276       +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:47:03      GECRB/Amazon,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
13428280       +E-mail/Text: bncnotices@becket-lee.com Jan 17 2020 03:43:28      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13428284       +E-mail/Text: bnc@nordstrom.com Jan 17 2020 03:43:31      Nordstrom FSB,
                 Attention: Account Services,    Po Box 6566,   Englewood, CO 80155-6566
13428285       +E-mail/Text: bnc@nordstrom.com Jan 17 2020 03:43:32      Nordstrom FSB,    Po Box 6555,
                 Englewood, CO 80155-6555
13428286       +E-mail/Text: bankruptcynotices@psecu.com Jan 17 2020 03:45:05      P S E C U,
                 Attention: Bankruptcy,    Po Box 67013,   Harrisburg, PA 17106-7013
13428307       +E-mail/Text: bankruptcynotices@psecu.com Jan 17 2020 03:45:05      P S E C U,
                 1500 Elmerton Ave,    Harrisburg, PA 17110-2990
13517622        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2020 03:47:12
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13436297        E-mail/PDF: rmscedi@recoverycorp.com Jan 17 2020 03:47:31
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13428333       +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:47:04      Syncb/gap,    Po Box 965005,
                 Orlando, FL 32896-5005
13428335       +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:47:48      Syncb/l & T,    Po Box 965015,
                 Orlando, FL 32896-5015
13428336       +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:47:05      Syncb/lord & Tay,    Po Box 965015,
                 Orlando, FL 32896-5015
13428338       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 17 2020 03:43:41      Talbots,    175 Beal St,
                 Hingham, MA 02043-1512
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13428330*       ++CITIBANK,    PO BOX 6043,   SIOUX FALLS SD 57117-6043
                 (address filed with court:   Sunoco/citi,    Attention: Bankruptcy,    7920 Nw 110th St.,
                 Kansas City, MO 64153)
13428264*      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13428265*      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13428278*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    PO BOX 21126,    Philadelphia, PA 19114)
13428279*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    PO BOX 249,   Memphis, TN 38101)
13428282*       Lawslfc Phea,    Student Loan Fund,   Cincinnati, OH 45202
13428287*      +P S E C U,    Attention: Bankruptcy,   Po Box 67013,    Harrisburg, PA 17106-7013
13428288*      +P S E C U,    Attention: Bankruptcy,   Po Box 67013,    Harrisburg, PA 17106-7013
13428289*      +P S E C U,    Attention: Bankruptcy,   Po Box 67013,    Harrisburg, PA 17106-7013
13428290*      +P S E C U,    Attention: Bankruptcy,   Po Box 67013,    Harrisburg, PA 17106-7013
13428291*      +P S E C U,    Attention: Bankruptcy,   Po Box 67013,    Harrisburg, PA 17106-7013
13428292*      +P S E C U,    Attention: Bankruptcy,   Po Box 67013,    Harrisburg, PA 17106-7013
13428293*      +P S E C U,    Attention: Bankruptcy,   Po Box 67013,    Harrisburg, PA 17106-7013
13428294*      +P S E C U,    Attention: Bankruptcy,   Po Box 67013,    Harrisburg, PA 17106-7013
13428295*      +P S E C U,    Attention: Bankruptcy,   Po Box 67013,    Harrisburg, PA 17106-7013
13428296*      +P S E C U,    Attention: Bankruptcy,   Po Box 67013,    Harrisburg, PA 17106-7013
13428297*      +P S E C U,    Attention: Bankruptcy,   Po Box 67013,    Harrisburg, PA 17106-7013
13428298*      +P S E C U,    Attention: Bankruptcy,   Po Box 67013,    Harrisburg, PA 17106-7013
13428299*      +P S E C U,    Attention: Bankruptcy,   Po Box 67013,    Harrisburg, PA 17106-7013
13428300*      +P S E C U,    Attention: Bankruptcy,   Po Box 67013,    Harrisburg, PA 17106-7013
13428301*      +P S E C U,    Attention: Bankruptcy,   Po Box 67013,    Harrisburg, PA 17106-7013
13428302*      +P S E C U,    Attention: Bankruptcy,   Po Box 67013,    Harrisburg, PA 17106-7013
13428303*      +P S E C U,    Attention: Bankruptcy,   Po Box 67013,    Harrisburg, PA 17106-7013
13428304*      +P S E C U,    Attention: Bankruptcy,   Po Box 67013,    Harrisburg, PA 17106-7013
13428305*      +P S E C U,    Attention: Bankruptcy,   Po Box 67013,    Harrisburg, PA 17106-7013
13428306*      +P S E C U,    Attention: Bankruptcy,   Po Box 67013,    Harrisburg, PA 17106-7013
13428319*      +P S E C U,    P.o. Box 1006,   Harrisburg, PA 17108-1006
13428322*      +P S E C U,    P.o. Box 1006,   Harrisburg, PA 17108-1006
13428325*      +P S E C U,    P.o. Box 1006,   Harrisburg, PA 17108-1006
13428326*      +P S E C U,    P.o. Box 1006,   Harrisburg, PA 17108-1006
13428327*      +P S E C U,    P.o. Box 1006,   Harrisburg, PA 17108-1006
13428308*      +P S E C U,    1500 Elmerton Ave,   Harrisburg, PA 17110-2990
13428309*      +P S E C U,    1500 Elmerton Ave,   Harrisburg, PA 17110-2990
13428310*      +P S E C U,    1500 Elmerton Ave,   Harrisburg, PA 17110-2990
13428311*      +P S E C U,    1500 Elmerton Ave,   Harrisburg, PA 17110-2990
13428312*      +P S E C U,    1500 Elmerton Ave,   Harrisburg, PA 17110-2990
13428313*      +P S E C U,    1500 Elmerton Ave,   Harrisburg, PA 17110-2990
13428314*      +P S E C U,    1500 Elmerton Ave,   Harrisburg, PA 17110-2990
13428315*      +P S E C U,    1500 Elmerton Ave,   Harrisburg, PA 17110-2990
13428316*      +P S E C U,    1500 Elmerton Ave,   Harrisburg, PA 17110-2990
13428318*      +P S E C U,    1500 Elmerton Ave,   Harrisburg, PA 17110-2990
13428320*      +P S E C U,    1500 Elmerton Ave,   Harrisburg, PA 17110-2990
```

```
District/off: 0313-2           User: Antoinett              Page 3 of 3                  Date Rcvd: Jan 16, 2020
                               Form ID: 138NEW             Total Noticed: 59

              ***** BYPASSED RECIPIENTS (continued) *****
13428321*       +P S E C U,    1500 Elmerton Ave,    Harrisburg, PA 17110-2990
13428323*       +P S E C U,    1500 Elmerton Ave,    Harrisburg, PA 17110-2990
13428324*       +P S E C U,    1500 Elmerton Ave,    Harrisburg, PA 17110-2990
13428332*       +Sunoco/citi,    Po Box 6497,   Sioux Falls, SD 57117-6497
13428334*       +Syncb/gap,    Po Box 965005,    Orlando, FL 32896-5005
                                                                                          TOTALS: 0, * 47, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                          Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISOVALANTE  FLIAKOS    on behalf of Creditor    CITIMORTGAGE INC paeb@fedphe.com
              JENIECE D. DAVIS    on behalf of Creditor    The Pennsylvania State Employees Credit Union
               Jeniece@MVRLAW.COM,   bonnie@mvrlaw.com
              JEROME B. BLANK    on behalf of Cred. Comm. Chair    CitiMortgage, Inc. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    CITIMORTGAGE INC paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Martha  Fisher bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Martha Fisher
       Debtor(s)　　　　　　　　　　　　　　　　　Bankruptcy No: 14–19256–amc
　　　　　　　　　　　　　　　　　　　　　　　　Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                      900 Market Street
                         Suite 400
                   Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                       For The Court
                                          Timothy B. McGrath
                                            Clerk of Court

Dated: 1/16/20

                                                                        73 – 72
                                                                  Form 138_new