United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Martha Fisher  
    Debtor

Case No. 14-19256-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Feb 18, 2020  
                 Form ID: 195      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2020.
db            +Martha Fisher,    540 Gates Street,    Philadelphia, PA 19128-2509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2020 at the address(es) listed below:
         ANDREW   SPIVACK    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com,
         bkgroup@kmllawgroup.com
         CHRISOVALANTE   FLIAKOS    on behalf of Creditor    CITIMORTGAGE INC paeb@fedphe.com
         JENIECE D. DAVIS    on behalf of Creditor    The Pennsylvania State Employees Credit Union
         Jeniece@MVRLAW.COM,    bonnie@mvrlaw.com
         JEROME B. BLANK    on behalf of Cred. Comm. Chair    CitiMortgage, Inc. paeb@fedphe.com
         JOSEPH ANGEO DESSOYE    on behalf of Creditor    CITIMORTGAGE INC paeb@fedphe.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
         STEPHEN MATTHEW DUNNE    on behalf of Debtor Martha   Fisher bestcasestephen@gmail.com,
         dunnesr74587@notify.bestcase.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                            TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Martha Fisher : Case No. 14–19256–amc
    Debtor(s)

### *ORDER*
_____

AND NOW, this day , 18th day of February, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

77
Form 195